FILED
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

2012 JUL 17 PM 4:16

CLERK
SO. DIST OF GA.

| | | |
|---|---|---|
| PHILLIP GARGAN and DENISE THOMAS, | * * * | |
| Plaintiffs, | * * | |
| VS. | * * | CIVIL ACTION NO. CV211-146 |
| FLASH FOODS, INC., | * * | |
| Defendant. | * | |

ORDER

The above Plaintiffs' Motion to Dismiss, having been read and considered the same is hereby GRANTED.

SO ORDERED, on this the 17 day of July, 2012.

_____
UNITED STATES DISTRICT COURT, JUDGE
SOUTHERN DISTRICT OF GEORGIA